UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SAMUEL TROZZO,

      Plaintiff,

  v.

JOHN HANCOCK LIFE
INSURANCE COMPANY,

      Defendant.

C25-1794 TSZ

ORDER

Counsel having advised the Court that this matter has been resolved, _see_ Notice of Settlement (docket no. 18), and it appearing that no issue remains for the Court's determination, NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs. In the event settlement is not perfected, any party may move to reopen and trial will be scheduled, provided such motion is filed within **30** days of the date of this Order. The Clerk is directed to CLOSE this case and to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 4th day of March, 2026.

_____
Thomas S. Zilly
United States District Judge

ORDER - 1